**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SANDRA CONNELLY,

      Plaintiff,                                 Civil Action No. 2:13-cv-01402

      v.

                                             Judge McVerry

LANE CONSTRUCTION CORPORATION,

      Defendant.

**<u>REPORT OF NEUTRAL</u>**

A mediation session was held in the above captioned matter on May 17, 2016, with follow-up through May 24, 2016.

The case (please check one):
        **X**   has resolved
       _____has resolved in part (see below)
       _____has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: _5/24/16_____         _/s/ Christine T. Elzer_____
                                           Signature of Neutral